UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOBSOHIO, | : |
| Plaintiff, | : Case No. 2:21-cv-3680 |
| v. | : Chief Judge Algenon L. Marbley |
| EMKEY ENERGY, LLC, *et al.*, | : Magistrate Judge Elizabeth P. Deavers |
| Defendants. | : |

## OPINION & ORDER

This matter is before the Court on the parties' Joint Motion for Leave to File, *Instanter*, an Amended Complaint and for Issuance of an Agreed Entry and Dismissal Without Prejudice (ECF No. 25). For the reasons stated in the supporting memorandum, the Joint Motion is **GRANTED**. The Clerk shall detach the proposed Amended Complaint, together with Exhibit A thereto, and place them on the docket. The parties' Agreed Entry will issue separately.

**IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: August 22, 2022**