# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOBSOHIO,** | : |
| **Plaintiff,** | : Case No. 2:21-cv-3680 |
| v. | : Chief Judge Algenon L. Marbley |
| **EMKEY ENERGY, LLC,** *et al.*, | : Magistrate Judge Elizabeth P. Deavers |
| **Defendants.** | : |

## AGREED ENTRY AND DISMISSAL WITHOUT PREJUDICE

The parties have settled this case and concur that it should be dismissed without prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), this case is **DISMISSED WITHOUT PREJUDICE**. The Court shall retain jurisdiction over the instant matter for purposes of enforcing the parties' Settlement Agreement and Release ("Settlement Agreement"). The Settlement Agreement incorporates a Consent Judgment and Order ("Consent Judgment"), which is attached to this Agreed Entry as Exhibit A. The Court shall issue the Consent Judgment, and the Consent Judgment shall become enforceable, upon notice to the Court that Defendants are in breach of the obligations outlined in Paragraph 4.c of the Settlement Agreement and that the other conditions of Paragraph 4.c have been met.

**IT IS SO ORDERED.**

22 Aug. 2022
**DATE**

**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

1

AGREED BY:

/s/ David J. Butler
David J. Butler (0068455), Trial Attorney
Jonathan N. Olivito (0092169)
Taft Stettinius & Hollister LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone: (614) 221-2838
Facsimile: (614) 221-2007
dbutler@taftlaw.com
jolivito@taftlaw.com

*Counsel for Plaintiff JobsOhio*


/s/ Robin D. Miller (signed by /s/ David J. Butler with consent)
Robin D. Miller (0074375)
Stites & Harbison PLLC
5325 Deerfield Blvd
Mason, OH 45040
Telephone: (513) 445-6597
Email: rmiller@stites.com

*Counsel for Defendants*